[No. 8407-4-II.   Division Two.   March 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT WAYNE HALL, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84-1-00169-3, Robert L. Charette, J., entered January 14, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Kirkwood and Skimas, JJ. Pro Tem.

[No. 8009-5-II.   Division Two.   March 31, 1987.]

CLAUDE W. BIBBINS, JR., *as Guardian, Appellant,* v. SAFECO INSURANCE COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83-2-02430-2, Waldo F. Stone, J., entered July 23, 1984. *Affirmed* by unpublished opinion per Hallowell, J. Pro Tem., concurred in by Harris and Pearson, JJ. Pro Tem.

[No. 8279-9-II.   Division Two.   March 31, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY SHAWN HUNNICUTT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-01057-8, Donald H. Thompson, J., entered November 9, 1984. *Reversed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Hamilton and Velie, JJ. Pro Tem.